IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:10CV106-RLV-DSC

| | |
|---|---|
| GREGORY J. KUDASZ, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MANATRON INC., et; al., )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER** is before the Court on the pro se Plaintiff's "Motion to Seal" (document #3). Plaintiff seeks to restrict public access to the "Redaction Reference List" (document #4) which describes his medical and mental health condition. The Court concludes that because these types of allegations pertaining to damages are not often sealed and, moreover, because Plaintiff has offered only general reasons in support of his Motion , the Motion shall be denied.

**NOW, THEREFORE, IT IS ORDERED:**

1. Plaintiff's "Motion to Seal" (document #3) is **DENIED.**

2. The Clerk of Court is directed to send copies of this Order to the pro se Plaintiff; to defense counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: March 9, 2010

David S. Cayer
United States Magistrate Judge