# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | | |
|---|---|---|
| GREGORY J. KUDASZ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:10-cv-00106-RLV-DSC |
| Manatron Inc. et al | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gregory A. Effrein
12213 AZURE SHORES CT
AUSTIN TX 78732-1220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gregory J. Kudasz,
3611 Mount Holly Huntersville RD
STE 204 Box 386
Charlotte, NC 28216-8706

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/13/2010

Michelle Anderton

*Signature of Clerk or Deputy Clerk*