IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GREGORY J. KUDASZ,<br>　　　　Plaintiff,<br>　v.<br>MANATRON INC.,<br>GREGORY A. EFFREIN,<br>DOES 1-30, INCLUSIVE,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:10CV106<br>)<br>)<br>)<br>)<br>) |

## MANATRON INC.'S MOTION FOR EXTENSION TO TIME TO PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

COMES NOW Defendant Manatron, Inc., through undersigned counsel, pursuant to FED. R. CIV. P. 6(b) and Local Civil Rule 7.1(B), and moves this Court for an additional twenty-one (21) days, up to and including May 11, 2010, in which to plead or otherwise respond to Plaintiff's Complaint. In support of this Motion, Manatron respectfully states the following:

(1) On or about March 30, 2010, Manatron, Inc. was served with a copy of a summons and the Complaint filed by Plaintiff.

(2) The earliest possible deadline by which Manatron needs to file a response to Plaintiff's Complaint is April 20, 2010; therefore the time for Manatron to respond to Plaintiff's Complaint has not yet expired.

(3) Manatron needs additional time to review the allegations contained in Plaintiff's Complaint and to develop a proper response thereto.

(4) Manatron is not seeking the extension for purposes of undue delay or for any other improper purpose.

(5) A proposed order is attached to this motion.

WHEREFORE, Defendant Manatron, Inc. respectfully requests that this Motion be granted, and it be given an additional twenty-one (21) days, up to and including May 11, 2010, to plead or otherwise respond to Plaintiff's Complaint.

Dated this the 14th day of April, 2010.

    Respectfully submitted,

    s/H. Bernard Tisdale III
    NC Bar No. 23980
    *Attorney for Manatron, Inc.*
    OGLETREE, DEAKINS, NASH,
      SMOAK & STEWART, P.C.
    201 South College Street, Suite 2300
    Charlotte, NC  28244
    Telephone:  704.342.2588
    Facsimile:  704.342.4379
    Email:  bernard.tisdale@ogletreedeakins.com


    s/John A. Shedden
    NC Bar No. 38499
    *Attorney for Manatron, Inc.*
    OGLETREE, DEAKINS, NASH,
      SMOAK & STEWART, P.C.
    201 South College Street, Suite 2300
    Charlotte, NC  28244
    Telephone:  704.342.2588
    Facsimile:  704.342.4379
    Email:  john.shedden@ogletreedeakins.com

# CERTIFICATE OF SERVICE

I, H. Bernard Tisdale, hereby certify that I have this day electronically filed the foregoing **MANATRON, INC.'S MOTION FOR EXTENSION TO TIME TO PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of Court using the CM/ECF system.  I further certify I have served a copy of the foregoing by U.S. Mail, certified, return receipt requested, properly addressed and with the correct amount of postage affixed thereto, upon the following person:

>Gregory J. Kudasz
>*Pro Se Plaintiff*
>3611 Mount Holly Huntersville Road
>STE 204 Box 386
>Charlotte, NC 28216-8706
>Email:  greg@title11.org

Dated this the 14th day of April, 2010.

>s/H. Bernard Tisdale III
>NC Bar No. 23980
>*Attorney for Defendants*
>OGLETREE, DEAKINS, NASH,
>   SMOAK & STEWART, P.C.
>201 South College Street, Suite 2300
>Charlotte, NC  28244
>Telephone:  704.342.2588
>Facsimile:  704.342.4379
>Email:  bernard.tisdale@ogletreedeakins.com