# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:10-CV-106-RLV-DSC

| | |
|---|---|
| GREGORY J. KUDASZ, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| MANATRON, INC., et. al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon Manatron, Inc.'s Motion for Extension of Time to Plead or Otherwise Respond to Plaintiff's Complaint, and for good cause shown, it is hereby ORDERED that Defendant's Motion is **GRANTED.**

Manatron, Inc. is allowed up to and including May 11, 2010, to plead or otherwise respond to Plaintiff's Complaint.

**SO ORDERED**.

Signed: April 14, 2010

David S. Cayer
United States Magistrate Judge