IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GREGORY J. KUDASZ,<br>　　　　　Plaintiff,<br>　v.<br>MANATRON INC.,<br>GREGORY A. EFFREIN,<br>DOES 1-30, INCLUSIVE,<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 3:10CV106<br>)<br>)<br>)<br>) |

## AMENDED CERTIFICATE OF SERVICE

I, H. Bernard Tisdale, hereby certify that I have this day electronically filed the foregoing **MANATRON, INC.'S MOTION FOR EXTENSION TO TIME TO PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of Court using the CM/ECF system. I further certify I have served a copy of the foregoing by U.S. Mail, certified, return receipt requested, properly addressed and with the correct amount of postage affixed thereto, upon the following person:

　　Gregory J. Kudasz
　　*Pro Se Plaintiff*
　　3611 Mount Holly Huntersville Road
　　STE 204 Box 386
　　Charlotte, NC 28216-8706
　　Email: greg@title11.org

　　Dated this the 14th day of April, 2010.

　　　　　　　　　　　　　　　s/H. Bernard Tisdale III
　　　　　　　　　　　　　　　NC Bar No. 23980
　　　　　　　　　　　　　　　*Attorney for Manatron, Inc.*
　　　　　　　　　　　　　　　OGLETREE, DEAKINS, NASH,
　　　　　　　　　　　　　　　　SMOAK & STEWART, P.C.
　　　　　　　　　　　　　　　201 South College Street, Suite 2300
　　　　　　　　　　　　　　　Charlotte, NC 28244
　　　　　　　　　　　　　　　Telephone: 704.342.2588
　　　　　　　　　　　　　　　Facsimile: 704.342.4379
　　　　　　　　　　　　　　　Email: bernard.tisdale@ogletreedeakins.com