<mark>
Gregory J. Kudasz *pro per*
3611 Mount Holly Huntersville RD
STE 204 Box 386
Charlotte, NC 28216-8706
Telephone: (980) 522-8210
Fax: (866) 473-4583
E-Mail: greg@title11.org
</mark>

RECEIVED
CHARLOTTE, N.C.
APR 29 2010
Clerk, U. S. Dist. Court
W. Dist. of N. C.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:10CV106-RLV-DSC

| | |
|---|---|
| GREGORY J. KUDASZ, <br><br> Plaintiff, <br><br> vs. <br><br> MANATRON INC., <br> GREGORY A. EFFREIN <br> DOES 1-30, inclusive, <br><br> Defendants. | **FOR FILING** <br> **SERVICE RETURNED EXECUTED** |

To the Clerk of Court:

Please accept this proof of service returned executed for filing regarding defendant Gregory A. Effrein. This is regarding the Summons Reissued (document number 11).

The process server's **AFFIDAVIT OF SERVICE** shows that service was completed on April 21, 2010 and is attached herein.

-1-  Service Returned Executed: GREGORY J. KUDASZ VS. MANATRON et al  3:10CV106

Dated this the 28th day of April, 2010.

*[signature]*

Gregory J. Kudasz, plaintiff appearing pro se
3611 Mount Holly Huntersville RD
STE 204 Box 386
Charlotte, NC 28216-8706
Telephone: (980) 522-8210
Fax: (866) 473-4583
E-Mail: greg@title11.org

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| GREGORY J. KUDASZ <br><br> *Plaintiff* <br><br> v. <br><br> Manatron Inc. et al <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 3:10-cv-00106-RLV-DSC <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gregory A. Effrein
12213 AZURE SHORES CT
AUSTIN TX 78732-1220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gregory J. Kudasz,
3611 Mount Holly Huntersville RD
STE 204 Box 386
Charlotte, NC 28216-8706

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/13/2010

*Michelle Anderton*
*Signature of Clerk or Deputy Clerk*

SERVICE RETURN ATTACHED

AUSTIN PROCESS, LLC
809 NUECES
AUSTIN, TX 78701

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Western District of North Carolina

Case Number: 3:10-CV-00106-RLV-DSC

Plaintiff:
**Gregory J. Kudasz**

vs.

Defendant:
**Manatron Inc., et al.**

For:
Gregory J. Kudasz, pro se
3611 Mouth Holly Huntersville Rd
Suite 204, Box 386
Charlotte, NC 28216

Received by Austin Process LLC on the 21st day of April, 2010 at 9:14 am to be served on **Gregory A. Effrein, 1807 W. Braker Ln., #400, Austin, TX 78758**.

I, Travis Wyatt, being duly sworn, depose and say that on the **21st day of April, 2010 at 2:34 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true and correct copy of the **Summons; Complaint for Declaratory Judgment of Non-Violation of Employment Agreements, Non-Defamation, Non-Libel, Non-Tortious Interference with Business and/or Contractual Relations, Non-Violation of States' Laws with Exhibits A-F** with the date of service endorsed thereon by me, to: **Gregory A. Effrein** at the address of: **1807 W. Braker Ln., #400, Austin, TX 78758**, as an authorized agent of Austin Process, LLC, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. The facts stated in this affadavit are within my personal knowledge and are true and correct.

Travis Wyatt
SCH 4959

Subscribed and Sworn to before me on the 22nd day of April, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC

DANE R. CUPPETT
Notary Public, State of Texas
My Commission Expires
DECEMBER 8, 2013

Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: 2010000946
Ref: Kudasz v. Manatron

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4a