

$0.440
US POSTAGE
FIRST-CLASS
FROM 28216
APR 28 2010
stamps.com

062S0007530140

Gregory J. Kudasz
3611 Mount Holly Huntersville RD
STE 204 Box 386
Charlotte, NC 28216-8706

Clerk of Court
United States District Court
401 W. Trade St. Ste 212
CHARLOTTE NC 28202-1619