IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GREGORY J. KUDASZ, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| MANATRON INC., | ) Civil Action No. 3:10CV106 |
| GREGORY A. EFFREIN, | ) |
| DOES 1-30, INCLUSIVE, | ) |
| | ) |
| Defendants. | ) |

**ATTACHMENT A**
**TO**
**MANATRON, INC.'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE**

Plaintiff's April 18, 2010 e-mail to counsel for Manatron

**From:** Greg Kudasz [greg@fansites.com]
**Sent:** Sunday, April 18, 2010 9:50 PM
**To:** Tisdale, Bernard
**Subject:** Update

Thanks for the signs of cooperation in your letter that was included with the revised certificate of service. I am planning to withdraw my motion to strike as it is doubtful I will add defendants before the statute of limitations expires for certain issues.

I'm recovering from an illness so it may be a week or so before I draw up the next motion.

Greg