Gregory J. Kudasz *pro per*
3611 Mount Holly Huntersville RD
STE 204 Box 386
Charlotte, NC 28216-8706
Telephone: (980) 522-8210
Fax: (866) 473-4583
E-Mail: greg@title11.org

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:10CV106-RLV-DSC

| | |
|---|---|
| GREGORY J. KUDASZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MANATRON INC., ) <br> GREGORY A. EFFREIN, ) <br> DOES 1-30, INCLUSIVE, ) <br> ) <br> Defendants. ) <br> ) | **MOTION TO WITHDRAW MOTION** |

**MOTION TO WITHDRAW MOTION TO STRIKE AND RESPONSE TO MANATRON'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE**

COMES NOW Plaintiff GREGORY J. KUDASZ ("Kudasz"), appearing pro se, and files this response to Defendant Manatron's "RESPONSE TO PLAINTIFF'S MOTION TO STRIKE" and moves this court to allow him to withdraw his Motion to Strike.

Kudasz sets forth the following in support of this motion:

1) The majority of Kudasz' objection predicates on adding defendants to the instant case.

2) Kudasz has decided not to add defendants before the deadline for existing defendants to reply to the complaint making the motion moot.

3) Kudasz has conferred with Manatron's council and this motion is unopposed.

Kudasz therefore requests that the MOTION TO STRIKE (Doc. No. 15.) be withdrawn as moot.

May 6, 2010

Respectfully Submitted,

*[signature]*

Gregory J. Kudasz, appearing pro se
3611 Mount Holly Huntersville RD
STE 204 Box 386
Charlotte, NC 28216-8706
Telephone: (980) 522-8210
Fax: (866) 473-4583
E-Mail: greg@title11.org

-2- GREGORY J. KUDASZ VS. MANATRON INC., et; al., Case No: 3:10CV106-RLV-DSC

Case 3:10-cv-00106-RLV-DSC   Document 18   Filed 05/07/10   Page 2 of 3

# CERTIFICATE OF SERVICE

I, Gregory J. Kudasz, hereby certify that I have this day filed the foregoing MOTION TO WITHDRAW MOTION TO STRIKE AND RESPONSE TO MANATRON'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE with the Clerk of Court by U.S. Mail, first class, properly addressed and with the correct amount of postage affixed thereto.

This filing will cause the following parties or counsel to be served by electronic means:

Homer Bernard Tisdale, III
Ogletree, Deakins, Nash, Smoak & Stewart
Charlotte Plaza
201 South College Street
Suite 2300
Charlotte, NC 28244
704-342-2588
704-342-4379 (fax)
tisdalhb@odnss.com

I further certify that I and the attorney for Manatron have agreed in writing to accept service through the CM/ECF system and no further service will be provided to Manatron.

Dated this the 6th day of May, 2010.

*Gregory J. Kudasz* (signature)

Gregory J. Kudasz, plaintiff appearing pro se
3611 Mount Holly Huntersville RD
STE 204 Box 386
Charlotte, NC 28216-8706
Telephone: (980) 522-8210
Fax: (866) 473-4583
E-Mail: greg@title11.org