IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GREGORY J. KUDASZ,<br>　　　　　Plaintiff,<br>v.<br>MANATRON INC.,<br>GREGORY A. EFFREIN,<br>DOES 1-30, INCLUSIVE,<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:10CV106<br>)<br>)<br>)<br>)<br>) |

## INDEX OF EXHIBITS

## TO

## MANATRON INC.'S COUNTERCLAIMS AGAINST PLAINTIFF

| | |
|---|---|
| Exhibit 1 | Nondisclosure Agreement |
| Exhibit 2 | September 23, 2009 Email Exchange between Plaintiff and Jennifer Leggett Whitehurst entitled "Copies of E-mail Request" |
| Exhibit 3 | Plaintiff's October 12, 2009 YouTube Email to Ms. Leggett Whitehurst |
| Exhibit 4 | Plaintiff's October 15, 2009 Email to Waukesha County entitled "Hitching your Future to Manatron" |
| Exhibit 5 | November 16, 2009 Email Exchange entitled "Manatron" between Plaintiff and Commissioner Murtaugh |
| Exhibit 6 | Plaintiff's November 26, 2009 Email to "Ms. Steele and Mr. Murtaugh" entitled "Prelitigation Notice to avoid spoilage" |
| Exhibit 7 | Plaintiff's November 26, 2009 Email entitled "Reply to your letter" |
| Exhibit 8 | Plaintiff's March 13, 2010 Email to Mr. Granberry entitled "Official Request: Missing Page 9--2005209143" |
| Exhibit 9 | Plaintiff's March 17, 2010 Email to Manatron entitled "Manatron – Mecklenburg Criminal Issues" |
| Exhibit 10 | Plaintiff's March 17, 2010 Email to Manatron entitled "Manatron IN" |

| | |
|---|---|
| Exhibit 11 | Plaintiff's March 22, 2010 Email to Peikert entitled "FW: Greg Kudaz feedback" |
| Exhibit 12 | Plaintiff's March 29, 2010 Email to Mr. Granberry entitled "Official Request: Database Schema for Document Details" |
| Exhibit 13 | Plaintiff's April 1, 2010 Email to Manatron and Mr. Granberry entitled "April 1 Web Site issue" |
| Exhibit 14 | Plaintiff's April 1, 2010 Email to Manatron entitled "potentially incendiary error for government" |
| Exhibit 15 | Plaintiff's April 3, 2010 Email to Manatron entitled "Collision Course" |
| Exhibit 16 | Plaintiff's April 7, 2010 Email to Jack Paul entitled "Other Counties" |
| Exhibit 17 | Plaintiff's April 12, 2010 Email to Manatron entitled "Nikish vs. Manatron" |
| Exhibit 18 | Plaintiff's April 14, 2010 Email to Manatron entitled "Extended Time" |
| Exhibit 19 | Plaintiff's April 21, 2010 Email to Manatron entitled "Montgomery County Indiana Moves Forward" |