IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GREGORY J. KUDASZ,<br>   Plaintiff,<br>v.<br>MANATRON INC.,<br>GREGORY A. EFFREIN,<br>DOES 1-30, INCLUSIVE,<br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:10CV106<br>)<br>)<br>)<br>)<br>) |

**EXHIBIT 2**

**TO**

**MANATRON INC.'S COUNTERCLAIMS AGAINST PLAINTIFF**

September 23, 2009 Email Exchange between Plaintiff and Jennifer Leggett Whitehurst entitled "Copies of E-mail Request"

--- On **Mon, 10/12/09, greg@fansites.com** *<greg@fansites.com>* wrote:

From: greg@fansites.com <greg@fansites.com>
Subject: RE: Copies of E-mail Request
To: "Jennifer Leggett Whitehurst" <djleggett_1999@yahoo.com>
Date: Monday, October 12, 2009, 1:35 PM

Well, I miss seeing you guys. I wish things would have ended up different. I don't know what the status of Manatron staffing is now for field support but I fear it's mostly still Darryl with Wade as a backup. They keep selling the product but they need to add staff. They've had a terrible year in the press with all kinds of nastiness in several states. I almost had a nervous breakdown on my trip to see you last time

Kudasz v. Manatron, Inc., et al.
600-0001
Case 3:10-cv-00106-RLV-DSC   Document 19-3   Filed 05/11/10   Page 2 of 4

and well you see how that turned out :')

Maybe a road trip documentary is in order! I can visit all 100 RODs and get everyone on video.

---
Greg Kudasz
greg@fansites.com

---

**From:** Jennifer Leggett Whitehurst [mailto:djleggett_1999@yahoo.com]
**Sent:** Monday, October 12, 2009 8:58 AM
**To:** greg@fansites.com
**Subject:** RE: Copies of E-mail Request

Greg, My address is P.O. Box 514 Washington, NC 27889. A2 is very different that what we had. Things are going well. Jennifer

--- On **Fri, 10/9/09, greg@fansites.com <*greg@fansites.com*>** wrote:

From: greg@fansites.com <greg@fansites.com>
Subject: RE: Copies of E-mail Request
To: "Jennifer Leggett Whitehurst" <djleggett_1999@yahoo.com>
Date: Friday, October 9, 2009, 3:59 PM

Thanks Jennifer! Let me know which address to use. Hope you are well and that the A2 is as well.

---

From: Jennifer Leggett Whitehurst [djleggett_1999@yahoo.com]
Sent: Friday, October 09, 2009 7:50 AM
To: greg@fansites.com
Subject: Re: Copies of E-mail Request

Greg, Sorry it has taken me so long to respond to you email. I have been out of the office a good deal lately. I discussed your request with my assistant county manager and we need for you to send your request via United State Postal Service Mail. Please give a specific period of time from which you want the emails. I will forward them to you once I receive your request via regular mail. Thank you. Regards, Jennifer Leggett Whitehurst

Kudasz v. Manatron, Inc., et al.
600-0002
Case 3:10-cv-00106-RLV-DSC   Document 19-3   Filed 05/11/10   Page 3 of 4

--- On Wed, 9/23/09, greg@fansites.com <greg@fansites.com> wrote:

From: greg@fansites.com <greg@fansites.com>
Subject: Copies of E-mail Request
To: "djleggett_1999@yahoo.com" <djleggett_1999@yahoo.com>
Date: Wednesday, September 23, 2009, 2:53 PM

Jennifer,

I hope you are well. As per North Carolina public records laws, I hereby request copies of all emails between you and Manatron. Since you are using a non County e-mail account, I am assuming you are the custodian of these documents pursuant to the statute.

Kindly forward or export to PST file any messages from the past two years.

Please acknowledge this request and let me know if there are any issues.

Thank you

**Kudasz v. Manatron, Inc., et al.**
600-0003
Case 3:10-cv-00106-RLV-DSC   Document 19-3   Filed 05/11/10   Page 4 of 4