IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

GREGORY J. KUDASZ, )
       Plaintiff, )
v. )
)
MANATRON INC., ) Civil Action No. 3:10CV106
GREGORY A. EFFREIN, )
DOES 1-30, INCLUSIVE, )
       Defendants. )

**EXHIBIT 3**

**TO**

**MANATRON INC.'S COUNTERCLAIMS AGAINST PLAINTIFF**

Plaintiff's October 12, 2009 YouTube Email to Ms. Leggett Whitehurst

--- On **Mon, 10/12/09, YouTube Service** *<service@youtube.com>* wrote:

From: YouTube Service <service@youtube.com>
Subject: managroan sent you a video: "Manatron Manager Tells Sick Employee to Get his Ass to Work"
To: djleggett_1999@yahoo.com
Date: Monday, October 12, 2009, 1:38 PM

| YouTube | help center | e-mail options | report spam |

managroan has shared a video with you on YouTube:



**Manatron Manager Tells Sick Employee to Get his Ass to Work**

Manatron manager Wade Peikert leaves an interesting voice mail to an employee who is out sick.

"I got to tell ya, I'm a little baffled.
I mean, three days in a row because you
have a sore throat doesn't add up
to me.

I don't know if I've ever
had an employee or anyone
that wasn't on their death bed
that was uh, out of work for three
days in a row.

And, and, I, I. I, just uh, I need
to hear you sounding like you are
really sick or you need to
get your ass in and get to work"

© 2009 YouTube, LLC
901 Cherry Ave, San Bruno, CA 94066

Kudasz v. Manatron, Inc., et al.
601-0001
Case 3:10-cv-00106-RLV-DSC   Document 19-4   Filed 05/11/10   Page 2 of 2