IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GREGORY J. KUDASZ,<br>       Plaintiff,<br>v.<br>MANATRON INC.,<br>GREGORY A. EFFREIN,<br>DOES 1-30, INCLUSIVE,<br>       Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:10CV106<br>)<br>)<br>)<br>)<br>) |

**EXHIBIT 5**

**TO**

**MANATRON INC.'S COUNTERCLAIMS AGAINST PLAINTIFF**

November 16, 2009 Email Exchange entitled "Manatron"
between Plaintiff and Commissioner Murtaugh

----- Original Message -----
From: greg@fansites.com <greg@fansites.com>
To: Tom Murtaugh
Sent: Mon Nov 16 21:35:22 2009
Subject: RE: Manatron

Ahh. Sorry for the lack of signature. I'm on to many computers. I used to work for them in another division. I don't know the tax side of the business. But, in the past six months there has been a slew of issues for several counties. I won't rehash what was in that mail. However one of those links includes an assessor that almost fell under a criminal probe due to software problems.

There doesn't appear to be such bad press before they were bought out by Thoma Bravo. And I don't know the exact issues your county has had. I would suggest if problems continue that you try to ascertain the number of programmers and support staff they have to determine if something has changed over the past 18 months. That's when the buyout happened.

I'd also recommend conferring with other counties that are having issues if they continue.

I estimate more than $9 billion worth of parcels has had to be de-cert or other issues due to software errors. That's a lot for just six months.

Whenever there is so many issues including audits that could have resulted in a criminal investigation, and those issues happen in such a short period, a red flag has to go up.

I'm not actively monitoring news for any new issues. I contacted you because I was

**Kudasz v. Manatron, Inc., et al.**
**603-0001**
Case 3:10-cv-00106-RLV-DSC   Document 19-6   Filed 05/11/10   Page 2 of 4

monitoring them earlier.

I recommend you watch the videos at http://www.youtube.com/managroan to see some of
the language being used by officials in other counties. Though I think they were in
the e-mail I sent.

thx

Greg Kudasz
greg@fansites.com

704-392-7000
704-918-1003 (FAX)

-----Original Message-----
From: Tom Murtaugh [mailto:TMurtaugh@lsbank.com]
Sent: Monday, November 16, 2009 9:27 PM
To: greg@fansites.com
Subject: Re: Manatron

Our county assessor forwarded some information you had sent. How are you familiar
with Manatron?

----- Original Message -----
From: greg@fansites.com <greg@fansites.com>
To: Tom Murtaugh
Sent: Mon Nov 16 21:17:02 2009
Subject: RE: Manatron

Yes, sorry about that. Have I already contacted you?

-----Original Message-----
From: Tom Murtaugh [mailto:TMurtaugh@lsbank.com]
Sent: Monday, November 16, 2009 9:18 PM
To: greg@fansites.com
Subject: Re: Manatron

Is this Greg Kudasz?


----- Original Message -----
From: greg@fansites.com <greg@fansites.com>
To: Tom Murtaugh
Sent: Mon Nov 16 20:55:43 2009
Subject: Manatron

Sir,



Are you the same Council Member Tom Murtaugh? I wish to send you some e-mail about
Manatron. Please let me know the best e-mail to use for county business.



thx


This email and any files transmitted with it are confidential and intended solely
for the use of the individual or entity to whom they are addressed. If you are not

**Kudasz v. Manatron, Inc., et al.**
603-0002
Case 3:10-cv-00106-RLV-DSC   Document 19-6   Filed 05/11/10   Page 3 of 4

the named addressee you should not disseminate, distribute or copy this e-mail.
Please notify the sender immediately by e-mail if you have received this e-mail by
mistake and delete this e-mail from your system. If you are not the intended
recipient you are notified that disclosing, copying, distributing or taking any
action in reliance on the contents of this information is strictly prohibited.

This email and any files transmitted with it are confidential and intended solely
for the use of the individual or entity to whom they are addressed. If you are not
the named addressee you should not disseminate, distribute or copy this e-mail.
Please notify the sender immediately by e-mail if you have received this e-mail by
mistake and delete this e-mail from your system. If you are not the intended
recipient you are notified that disclosing, copying, distributing or taking any
action in reliance on the contents of this information is strictly prohibited.

This email and any files transmitted with it are confidential and intended solely
for the use of the individual or entity to whom they are addressed. If you are not
the named addressee you should not disseminate, distribute or copy this e-mail.
Please notify the sender immediately by e-mail if you have received this e-mail by
mistake and delete this e-mail from your system. If you are not the intended
recipient you are notified that disclosing, copying, distributing or taking any
action in reliance on the contents of this information is strictly prohibited.

**Kudasz v. Manatron, Inc., et al.**
603-0003
Case 3:10-cv-00106-RLV-DSC   Document 19-6   Filed 05/11/10   Page 4 of 4