IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GREGORY J. KUDASZ,<br>   Plaintiff,<br>v.<br>MANATRON INC.,<br>GREGORY A. EFFREIN,<br>DOES 1-30, INCLUSIVE,<br>   Defendants. | Civil Action No. 3:10CV106 |

# EXHIBIT 6

## TO

**MANATRON INC.'S COUNTERCLAIMS AGAINST PLAINTIFF**

Plaintiff's November 26, 2009 Email to "Ms. Steele and Mr. Murtaugh" entitled "Prelitigation Notice to avoid spoilage"

| | |
|---|---|
| **From:** | greg@fansites.com |
| **Sent:** | Thursday, November 26, 2009 9:04 PM |
| **To:** | Tom Murtaugh; ssteele@tippecanoe.in.gov |
| **Cc:** | cthoma@thomabravo.com; obravo@thomabravo.com; Tisdale, Bernard; 'Bill.McKinzie@manatron.com' |
| **Subject:** | Prelitgation Notice to avoid spoilage |

Dear Ms. Steele and Mr. Murtaugh:

I am sorry to deliver this request to you but I have no choice. Up until this point I had no intention of contacting you again. Manatron has hired the third largest labor and employment lawfirm in the country to pursue a lawsuit against me. Tippecanoe was the only customer mentioned by name so regrettably I need to ask you to preserve any documents that you have regarding Manatron to prevent spoilage of evidence.

Mr. Murtaugh, if you can print out or otherwise save your lsbank.com e-mail regarding Manatron and confirm their safe keeping to me, I shouldn't have to ask to ask the bank to preserve the mails for me. When Manatron files their suit this may change. I'm sorry for the inconvenience this will cause you.

Mr. Murtaugh and Ms. Steele, please preserve any e-mails and other documents from or to the county related to Manatron that are under your control. Please forward this request to the County attorney and records custodian so preservation of e-mail and documents NOT under your control can also be preserved.

I am not asking for turnover at this time. I just need copies secured. If Manatron changes their mind then I shouldn't need them handed over at all.

Please note that if Manatron would have contacted me with their concerns or even demands, I would not seek to involve you at this point. But since they actually delivered a notice of intent to sue along with your name, I have no choice. This e-mail is not an attempt to drag you in to any conflict on my part. That was Manatron's decision and I hope this causes you as little grief as possible.

I have even been commanded to not discuss the company or its products/services to anyone under any means regardless of its content. I am not even sure I am allowed to utter the word "Manatron" according to them.

This seems to be a strange way for a vendor to react. Dragging you in as an elected official but also as a customer will mean you will spend dollars and energy on their behalf. That seems like a strange way to sell software.

Greg Kudasz
*greg@fansites.com*

704-392-7000
704-918-1003 (FAX)