IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GREGORY J. KUDASZ,<br>        Plaintiff,<br>v.<br><br>MANATRON INC.,<br>GREGORY A. EFFREIN,<br>DOES 1-30, INCLUSIVE,<br>        Defendants. | Civil Action No. 3:10CV106 |

## EXHIBIT 7

## TO

## MANATRON INC.'S COUNTERCLAIMS AGAINST PLAINTIFF

Plaintiff's November 26, 2009 Email entitled "Reply to your letter"

**From:** greg@fansites.com
**Sent:** Thursday, November 26, 2009 8:30 PM
**To:** Tisdale, Bernard
**Cc:** cthoma@thomabravo.com; obravo@thomabravo.com; 'Bill.McKinzie@manatron.com'
**Subject:** Reply to your letter

Dear Mr. Tisdale:

I am in receipt of your letter. While I would like to reply to it in detail I am unable to do so as the letter only included two pages and no attachments/disclosures that are mentioned inline.

If you would like me to reply to you please forward the attachments. Since you do not correlate your serious allegations with a specific part of the agreement and e-mail that you mention, I would ask you to circle or otherwise point out specifics so a reply can be more complete and timely. Unless and until you do so, I cannot not provide you with any assurances you ask for or answers to any of your questions, or any indication to my intentions regarding your demands.

Because of the relative bad postal mail in my area and the long distance to reach the post office if I miss a certified letter I propose e-mail as the first line of communications and fax as the second. If you must send something certified, please also send a copy 1st class regular mail or there may be an additional one week delay in you receiving a response.

I will acknowledge delivery of any non-certified letter, e-mail or fax, as a courtesy to you.

I hope you understand that by referencing Tippecanoe in your intent to sue that you are forcing me to contact them in order to avoid spoilage of evidence. Furthermore, unless we reach a settlement that is favorable to me and can be done within a time period that is surely unlikely, you leave me no choice than to contact all customers that have had issues exposed in the media (the majority of whom I have not contact before) to preserve evidence proving all my statements are truthful.

Usually C&Ds are just that. But yours includes an actual intent to sue. If it wasn't for this I would not be obligated to contact more Manatron customers. I am truly baffled that you included such notice at this point.

In closing, I am unable to provide you with the immediate assurances you ask for because your letter did not include the attachments that you stated were enclosed. If you e-mail or fax them with notations will strive to have an answer to you within a week. If you send only via certified mail then follow-ups may take up to 30 days.

Greg Kudasz
*greg@fansites.com*

704-392-7000
704-918-1003 (FAX)

Kudasz v. Manatron, Inc., et al.
Case 3:10-cv-00106-RLV-DSC   Document 19-8   Filed 05/11/10   Page 2 of 2
605-0001