IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GREGORY J. KUDASZ,<br>      Plaintiff,<br>v.<br>MANATRON INC.,<br>GREGORY A. EFFREIN,<br>DOES 1-30, INCLUSIVE,<br>      Defendants. | Civil Action No. 3:10CV106 |

# EXHIBIT 8

## TO

### MANATRON INC.'S COUNTERCLAIMS AGAINST PLAINTIFF

Plaintiff's March 13, 2010 Email to Mr. Granberry entitled
"Official Request: Missing Page 9--2005209143"

| | |
|---|---|
| **From:** | Greg Kudasz [greg@fansites.com] |
| **Sent:** | Saturday, March 13, 2010 3:49 PM |
| **To:** | jason.thomas@manatron.com; Granberry, David (David.Granberry@mecklenburgcountync.gov) |
| **Cc:** | Tisdale, Bernard |
| **Subject:** | Official Request: Missing Page 9--2005209143 |

What's the status on this? Before I left I was in the middle of helping with a very gracious offer from IST to retrieve this file from backup.

David, can you tell me if you were or not aware of this issue? Can you verify that this never made it on microfilm?

My recollection of this is that the images and who knows how many more were lost due to a catastrophic hardware failure at Meck. The file DID exist on the external website but was "lost" by Manatron as a transition was made to HIPA.

This doesn't bode well for Manatron, ROD or the customer.

This issued has been unresolved for nearly two years. Is this due to a lack of resources at Manatron or some other problem?