IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GREGORY J. KUDASZ,<br>        Plaintiff,<br>v.<br>MANATRON INC.,<br>GREGORY A. EFFREIN,<br>DOES 1-30, INCLUSIVE,<br>        Defendants. | Civil Action No. 3:10CV106 |

## EXHIBIT 9

## TO

## MANATRON INC.'S COUNTERCLAIMS AGAINST PLAINTIFF

Plaintiff's March 17, 2010 Email to Manatron entitled
"Manatron – Mecklenburg Criminal Issues"

| | |
|---|---|
| **From:** | Greg Kudasz [greg@fansites.com] |
| **Sent:** | Wednesday, March 17, 2010 2:18 AM |
| **To:** | Tisdale, Bernard |
| **Cc:** | Greg.Effrein@manatron.com |
| **Subject:** | Manatron - Mecklenburg Criminal Issues |

CC: Effrein because no known representation and regarding NCGS 132 criminal violation.

I did not intend for David Granberry to reply to this e-mail since I think he already knew that I knew. It appears perhaps that Manatron wanted the recovery of this file not to happen. Since this was "not audited" and there is no official trace in the system (there is an audit log that Manatron bypassed) that such action left unfixed for more than a year is likely a criminal act under NCGS.

You might want to brush up on NCGS 161 and NCGS 132.

Depending on how Manatron answers the complaint, an NCGS 132 criminal complaint may be made if they attempt to shift the blame to David G's office. As you calculate costs, I suggest you calculate the effect on their business relationship with Mecklenburg County after a criminal charge has been made against their customer based on actions Manatron did.

The NCGS 132 violation has already been admitted to by David G. in writing so it's pretty much a slam dunk for a prosecutor.

The filing fee will be paid this morning and I expect service by US Marshals next week thus the clock will shortly be started.

"There is some issue with that document. It is a Deed of Trust which is now cancelled. We have two page 10's and no page 9. Page 9 was apparently replaced on 4/18/2008 in some manner that was not audited – by some other method other than using the scan cue." – David Granberry

Kudasz v. Manatron, Inc., et al.
Case 3:10-cv-00106-RLV-DSC   Document 19-10   Filed 05/11/10   Page 2 of 2
607-0001