IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GREGORY J. KUDASZ,<br>   Plaintiff,<br>v.<br>MANATRON INC.,<br>GREGORY A. EFFREIN,<br>DOES 1-30, INCLUSIVE,<br>   Defendants. | Civil Action No. 3:10CV106 |

# EXHIBIT 10

# TO

**MANATRON INC.'S COUNTERCLAIMS AGAINST PLAINTIFF**

Plaintiff's March 17, 2010 Email to Manatron entitled "Manatron IN"

| | |
|---|---|
| **From:** | Greg Kudasz [greg@fansites.com] |
| **Sent:** | Wednesday, March 17, 2010 2:06 AM |
| **To:** | Tisdale, Bernard |
| **Subject:** | Manatron IN |

Manatron appears to be losing their third county in IN:

"Most of the offices currently use one form or another of Manatron. However, the mega-company does not receive high satisfaction ratings from most of the office holders who use the program. Issues such as software incompatibility and the lack of quick and timely answers or return calls seem to be the biggest issues."

Is it your client's position that the lack of return phone calls is done for some spiteful or fraudulent issue against their customers or could it be your client doesn't have adequate staffing to return the damn phone calls?