IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GREGORY J. KUDASZ,<br>      Plaintiff,<br>v.<br>MANATRON INC.,<br>GREGORY A. EFFREIN,<br>DOES 1-30, INCLUSIVE,<br>      Defendants. | Civil Action No. 3:10CV106 |

## EXHIBIT 11

## TO

## MANATRON INC.'S COUNTERCLAIMS AGAINST PLAINTIFF

Plaintiff's March 22, 2010 Email to Peikert entitled "FW: Greg Kudaz feedback"

| | |
|---|---|
| **From:** | Greg Kudasz [greg@fansites.com] |
| **Sent:** | Monday, March 22, 2010 5:49 PM |
| **To:** | Wade.Peikert@Manatron.com |
| **Cc:** | Leslie.Barclay@Manatron.com; Tisdale, Bernard; Granberry, David (David.Granberry@mecklenburgcountync.gov) |
| **Subject:** | FW: Greg Kudaz feedback |

No, what is indicative of Manatron is negligence on your part to protect images, bullying on your part against your employees, and the illegal tampering with public records, a criminal act.

Thanks for not unf*cking this up. It's quite valuable.

As you will recall, we had a gateway (me) to protect the integrity of access to the system but Leslie knew best and modified a public record without using audit methods and without using the gateway. Don't worry Les, no one gets fired at Manatron for doing a bad day.

You got rid of the only person that cared enough to see this through and that is proven by the calendar.

News @ 11

**From:** Wade Peikert [mailto:Wade.Peikert@Manatron.com]
**Sent:** Friday, April 24, 2009 9:40 AM
**To:** Buchanan, Beverly
**Subject:** RE: Greg Kudaz feedback

Ms. Buchanan,
    Thank you for the update. We are taking this matter very serious and are working towards a resolution. In the meantime please proceed with business as usual.

I would like to apologize for the level of support and discomfort in your office environment caused by this individual. This is certainly not indicative of our company or our product. I would also like to thank you and your staff for coming forward and providing this feedback.

Kind Regards.


**From:** Granberry, David [mailto:David.Granberry@mecklenburgcountync.gov]
**Sent:** Monday, March 15, 2010 2:13 PM
**To:** Greg Kudasz;
**Cc:** bernard.tisdale@ogletreedeakins.com
**Subject:** RE: Official Request: Missing Page 9--2005209143

Greg,

[Page 9 was apparently replaced on 4/18/2008 in some manner that was not audited – by some other method other than using the scan cue.]

Kudasz v. Manatron, Inc., et al.
609-D002
Case 3:10-cv-00106-RLV-DSC   Document 19-12   Filed 05/11/10   Page 3 of 3