IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GREGORY J. KUDASZ,<br>        Plaintiff,<br>v.<br>MANATRON INC.,<br>GREGORY A. EFFREIN,<br>DOES 1-30, INCLUSIVE,<br>        Defendants. | Civil Action No. 3:10CV106 |

## EXHIBIT 12

## TO

**MANATRON INC.'S COUNTERCLAIMS AGAINST PLAINTIFF**

Plaintiff's March 29, 2010 Email to Mr. Granberry entitled
"Official Request: Database Schema for Document Details"

**From:** Greg Kudasz [mailto:greg@fansites.com]
**Sent:** Monday, March 29, 2010 4:40 PM
**To:** Granberry, David
**Subject:** Official Request: Database Schema for Document Details

Hi David,

I'd like to know the datatypes and lengths as defined in SQL for the following items in bold. Example text included.

thx

<u>**Document Detail**</u>

        **Instrument Number:** 2010031980
        **Sequence #:** 0
        **Date Received:** 03/23/2010 7:26:33 AM
        **Document Type:** SATISFACTION - CERTIFICATE OF
        **Book:** 2258
        **Page:** 693

<u>**Grantors**</u>
FRENCH, RICKY S

FRENCH, JUNE L

WACHOVIA
BANK
NATIONAL
ASSOCIATION

## Grantees

HOAK,
HAROLD G
TR

WACHOVIA
BANK &
TRUST
COMPANY
NA

## Legal Records

| # | Plat | Lot/Unit | Block/Building | Section | Township | Range | Q1 | Q2 | Tax Parcel |
|---|------|----------|----------------|---------|----------|-------|----|----|------------|
| 1 |      |          |                |         |          |       |    |    |            |

## Related Documents

None found