IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| GREGORY J. KUDASZ, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| MANATRON INC., | ) | |
| GREGORY A. EFFREIN, | ) | Civil Action No. 3:10CV106 |
| DOES 1-30, INCLUSIVE, | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**EXHIBIT 13**

**TO**

**MANATRON INC.'S COUNTERCLAIMS AGAINST PLAINTIFF**

Plaintiff's April 1, 2010 Email to Manatron and Mr. Granberry entitled "April 1 Web Site issue"

| | |
|---|---|
| **From:** | Greg Kudasz [greg@fansites.com] |
| **Sent:** | Thursday, April 01, 2010 8:31 AM |
| **To:** | Tisdale, Bernard |
| **Cc:** | 'Jason.Thoms@Manatron.com'; David.Granberry@mecklenburgcountync.gov; Barbara.Fitzgerald@Manatron.com |
| **Subject:** | FW: April 1 Web Site issue |
| **Attachments:** | Web site down recap April 1 08.doc |

Dear Mr. Tisdale,

April 1st marks the second year anniversary of  error that continues to impede the local R.O.D. office in their ability to serve the residents of Mecklenburg County.

I am contacting you because your correspondence to me seems to imply that your client does not have staffing issues that would negatively impact their service level. This leads me to wonder why this problem persists for so long. Perhaps your client "forgot" about this when  new  official took office.

Pasted below is a screen capture of the Java applet security error reported to your client two years ago yet still existing. The image below was captured the evening of 3/31/2010.

The public has been rightly trained to be suspicious of any popups from a website that contain the words "Warning" or "Security". Thus, this error hampers the public's enjoyment of the website and as a tax payer that gives me great concern.

I would like an answer as to why this error persists for so long. I would like you to produce any proof of consent from the county where they waived their request to have this fixed. If this is not due to such waiver (which I so highly doubt), and is not due to staffing issues, kindly explain what accounts for this.

I will give you seven days to produce an answer to my query before I take it before the county commission. The fix should be free and an accounting credit should be made to the county for this prolonged omission unless proof of waiver can be produced.



**From:** Kudasz, Greg
**Sent:** Friday, April 04, 2008 11:57 AM
**To:** greg@fansites.com
**Subject:** FW: April 1 Web Site issue

**From:** Brown, Allan
**Sent:** Friday, April 04, 2008 11:46 AM
**To:** Peikert, Wade; 'greg.effrein@manatron.com'
**Cc:** Kudasz, Greg; Gibson, Judy
**Subject:** April 1 Web Site issue

Good morning,

Please see the attached which outlines issues that were addressed during the April 1, 2008 web site URL problem.

This does not address the reason the problem occurred on April 1st.  Nor does it address the inconvenience that it has and will continue to cause unknown numbers of customers in the future we do address the response made by staff to help resolve the problem.

Thank you for your help.

Allan Brown
Mecklenburg County
Assistant Register of Deeds
720 E. 4th St.
Charlotte NC  28202

704.336.2443 (office)
704.353.0233 (desk)
704.336.7699 (fax)

Kudasz v. Manatron, Inc., et al.
Case 3:10-cv-00106-RLV-DSC    Document 19-14    Filed 05/11/10    Page 3 of 4
611 P002

allan.brown@MecklenburgCountyNC.gov