IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

GREGORY J. KUDASZ,                              )
                        Plaintiff,              )
        v.                                      )
                                                )
MANATRON INC.,                                  )
GREGORY A. EFFREIN,                             )   Civil Action No. 3:10CV106
DOES 1-30, INCLUSIVE,                           )
                        Defendants.             )
                                                )
_____             )
                                                )

## EXHIBIT 14

## TO

## MANATRON INC.'S COUNTERCLAIMS AGAINST PLAINTIFF

Plaintiff's April 1, 2010 Email to Manatron entitled
"potentially incendiary error for government"

**From:** Greg Kudasz [greg@fansites.com]
**Sent:** Thursday, April 01, 2010 8:07 AM
**To:** Tisdale, Bernard
**Subject:** potentially incendiary error for government

Minnesota is falling apart just as myself and 10 counties there predicted. Do you still consider your bully tactics justified?

http://www.twincities.com/ci_14796597

I LOVE the comments on this one:

http://www.startribune.com/local/east/89653097.html?
elr=KArksi8cyaiUqPk4DyCc75DiUiD3aPc:_Yyc:aU7DYaGEP7vDEh7P:DiUs