IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GREGORY J. KUDASZ,<br>　　　　Plaintiff,<br>　v.<br>MANATRON INC.,<br>GREGORY A. EFFREIN,<br>DOES 1-30, INCLUSIVE,<br>　　　　Defendants. | Civil Action No. 3:10CV106 |

# EXHIBIT 15

## TO

**MANATRON INC.'S COUNTERCLAIMS AGAINST PLAINTIFF**

Plaintiff's April 3, 2010 Email to Manatron entitled "Collision Course"

| | |
|---|---|
| **From:** | Greg Kudasz [greg@fansites.com] |
| **Sent:** | Saturday, April 03, 2010 4:10 PM |
| **To:** | Tisdale, Bernard |
| **Subject:** | Collision Course |

Imagine if my complaint and this complaint came together somehow? http://bit.ly/ctSYsy

Do you mind if I help them out?

I'm sending you a copy of the complaint since other service is going so slow. Once you make an appearance I will stop talking to Manatron about this matter.

"He tasks me. He tasks me, and I shall have him. I'll chase him 'round the moons of Nibia, and 'round the Antares maelstrom, and 'round Perdition's flames, before I give him up."