IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

GREGORY J. KUDASZ, )
        Plaintiff, )
  v. )
)
MANATRON INC., ) Civil Action No. 3:10CV106
GREGORY A. EFFREIN, )
DOES 1-30, INCLUSIVE, )
        Defendants. )

**EXHIBIT 16**

**TO**

**MANATRON INC.'S COUNTERCLAIMS AGAINST PLAINTIFF**

Plaintiff's April 7, 2010 Email to Jack Paul entitled "Other Counties"

**From**: Lisa Meredith <Lisa@mnccc.org>
**To**: Marty Ulanski
**Sent**: Wed Apr 07 09:59:18 2010
**Subject**: FW: Other Counties

Do you know anything about this?? It was forwarded to me.

Thank you!

Lisa Christine Meredith
Executive Director, MCCC
651-917-6996
www.mnccc.org

    Mr. Paul:

    I am a disgruntled former Manatron employee from their GRM division. I did not have exposure to the tax division or any knowledge of what happened in MN. But I have seen an absolute slew of problems in other jurisdictions not related to the complicated tax code in your state. I read the article at http://www.parkrapidsenterprise.com/event/article/id/22910/ and I'd like to take a look at the MNCC contract. Is it available online?

    I have filed a pro se federal lawsuit that might indirectly help you out. I was hit with a cease and desist letter back in November for communicating with Manatron customers as I am communicating with you now. The threatened Hell's wrath over any *inferences* that there may be staffing issues at Manatron. I didn't directly say that but there staffing is messed up in some fashion or there wouldn't be this many problems.

    I didn't ask for a legal fight but the C&D letter opened the door for a declaratory judgment suit to stop them. We're likely going to have to exchange notes anyway since your correspondence with Manatron should be pertinent to my case.

    I would think if their radar was working at all that it would be in their interest to write both of us some checks. Of course as a pro se litigant I may come off a bit nutty (fool as client syndrome) but I had little choice. They've already backed down even though they have retained the 3rd largest law firm of its kind to deal with little me.

    Anyway, good job on the publicity side. Washington Co. drilled a hole in their own karma when they recently bragged about the success of the Manatron project. I hope Ramsey helps you out versus trying

**Kudasz v. Manatron, Inc., et al.**
614-0001
Case 3:10-cv-00106-RLV-DSC   Document 19-17   Filed 05/11/10   Page 2 of 4

to defend a bad decision. THIS IS NOT about MN tax codes from what I can see from here. I've seen things that would give you nightmares just in the regular press through Google in other states that I can compile links for you if you'd like. (I literally did have nightmares over the C&D letter.)

You don't have to answer this but has the county simply asked for their money back? As a member of MNCC I wonder if you could make a motion to ask for a refund regardless of the contract.

Anyway, good luck and I will be in touch. If you can help locate a copy of the contract for me that would be much appreciated.

**From:** Bob Hansen [mailto:bhansen@co.hubbard.mn.us]
**Sent:** Monday, January 25, 2010 9:12 AM
**To:** Greg Kudasz
**Subject:** Re: Other Counties

Each county is different.

----- Original Message -----
**From:** Greg Kudasz
**To:** Bob Hansen
**Sent:** Sunday, January 24, 2010 9:19 PM
**Subject:** RE: Other Counties

If you don't mind one follow-up. Did every county pay the same $200,000 starting fee (or whatever you call it) or is it different for each county?

Hope you're weather is better than ours. That mess that hit SoCal is hitting NC now.

thx

**From:** Bob Hansen [mailto:bhansen@co.hubbard.mn.us]
**Sent:** Saturday, January 16, 2010 8:03 PM
**To:** Greg Kudasz
**Subject:** Re: Other Counties

The following counties have suspended implementation of the GRM software.

Brown
Fairbault
Hubbard
Jackson
Martin
McLeod
Pine
Pipestone
Sibley
Watonwan
Wright

To my knowledge none of them, including Hubbard, has made a decision to not move forward with Manatron at some future date. However, in my opinion the GRM product must have enhanced reports for proofing, enhanced performance and mature.

Kudasz v. Manatron, Inc., et al.
Case 3:10-cv-00106-RLV-DSC   Document 19-17   Filed 05/11/10   Page 3 of 4
614-0002

> ----- Original Message -----
> **From:** Greg Kudasz
> **To:** 'Bob Hansen'
> **Sent:** Friday, January 15, 2010 12:51 AM
> **Subject:** Other Counties
>
> Sorry to bug you but do you have a list of other counties that have pulled out of the Manatron project?
>
> thx