IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GREGORY J. KUDASZ,<br>        Plaintiff,<br>v.<br>MANATRON INC.,<br>GREGORY A. EFFREIN,<br>DOES 1-30, INCLUSIVE,<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:10CV106<br>)<br>)<br>)<br>)<br>) |

**EXHIBIT 17**

**TO**

**MANATRON INC.'S COUNTERCLAIMS AGAINST PLAINTIFF**

Plaintiff's April 12, 2010 Email to Manatron entitled "Nikish vs. Manatron"

| | |
|---|---|
| **From:** | Greg Kudasz [greg@fansites.com] |
| **Sent:** | Monday, April 12, 2010 10:00 AM |
| **To:** | Tisdale, Bernard |
| **Subject:** | Nikish vs. Manatron |

Here's some irony. Manatron sent 90 counties in Indiana (some of which are turning against them) a letter that had a massive chilling effect on their competition. They accused Nikish of basically stealing their software. Instead of filing a complaint in court they basically told the counties that if they used Nikish software they might be frozen if Manatron decided to exercise their rights.

Talk about torturous interference. Soon we'll have an opinion from a source code expert to determine if Nikish stole the software. Either way, Manatron looks like poo heads by sending out this letter.

If I have to go on the offensive I'll gladly publicize it.

I suggest you read it. It is the last two pages of the PDF doc here: http://jtt.com/nikish1