IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GREGORY J. KUDASZ,<br>        Plaintiff,<br>  v.<br><br>MANATRON INC.,<br>GREGORY A. EFFREIN,<br>DOES 1-30, INCLUSIVE,<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 3:10CV106<br>)<br>)<br>)<br>)<br>) |

**EXHIBIT 18**

**TO**

**MANATRON INC.'S COUNTERCLAIMS AGAINST PLAINTIFF**

Plaintiff's April 14, 2010 Email to Manatron entitled "Extended Time"

**From:** Greg Kudasz [greg@fansites.com]
**Sent:** Wednesday, April 14, 2010 7:44 PM
**To:** Tisdale, Bernard
**Subject:** Extended Time

I need to know the reason why you asked for a whopping 21 more days to respond to the complaint. I can comfortably give you until 4/27 but I've got SOL issues on the 28th. With the answers I can avoid suing some other people depending on the answers. Without them then I'm going to have to sue Mecklenburg County and they already know that's just a procedural thing and the very high official has already told me face to face that his opinions as to what happened on the 28th match mine. You don't want him testifying under that circumstance.

I suggest more communication from your office. If you would have contacted me with a legitimate reason and had some flexibility we could have done the motion jointly.

If I have to oppose you then things can get very, very messy for third parties including the possibility of cross claims and customer fallout.

If you want the 27th you need to e-mail me before 1pm on Thursday or I'll file my motion. Or at least give me more reasons to understand why you need twice the time allowed by federal rules so I can avoid dragging other people into this.