IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GREGORY J. KUDASZ,<br>   Plaintiff,<br>v.<br>MANATRON INC.,<br>GREGORY A. EFFREIN,<br>DOES 1-30, INCLUSIVE,<br>   Defendants. | Civil Action No. 3:10CV106 |

# EXHIBIT 19

## TO

## MANATRON INC.'S COUNTERCLAIMS AGAINST PLAINTIFF

Plaintiff's April 21, 2010 Email to Manatron entitled
"Montgomery County Indiana Moves Forward"

**From:** Greg Kudasz [greg@title11.org]
**Sent:** Wednesday, April 21, 2010 12:00 PM
**To:** Tisdale, Bernard
**Subject:** Montgomery County Indiana Moves Forward

Mr. Tisdale:

I plan on putting a website together to accumulate this stuff and to give you an idea of potential witnesses. For now the website will be private and excluded from search engines. When it is online I will forward you the URL.

The following is hot off the newswires and involves a county in Indiana. I remind you that Indiana is where Manatron sent 90 scare letters regarding Nikish then (apparently) ignored the needs of many of the jurisdictions they frightened into staying with them.

Even under the threats of that letter and the risks of going with a new software package that hasn't been tested, Montgomery and other counties just want Manatron to go away.

That doesn't count the counties in MN which I think is up to 11, the FL county listed in my complaint in response to your C&D, Beaufort County SC which had to notify law enforcement offices in the state because they couldn't issue license renewals due to Manatron, and I got some good stuff on Mecklenburg and Durham that haven't made the news (yet).

I'm guessing 20 counties under some kind of duress.

Anyhow, here's the latest from Indiana:

4/21/2001

http://jtt.com/montgomerymovesforward

Here's some juicy quotes:

"Ever since I have been on this board we have always had trouble with Manatron," Councilman Don Peterson said. "I am totally in support of the switch."

"I want to save the county money any way we can, but doing business with a company that won't even talk to you makes no sense to me," Councilman Brian Keim said. "We have asked and asked for information from Manatron and they won't or don't supply us with the answers."

"It's nice to save money, but to get a company in here that we can work with is a no-brainer," he said. "We just have to find a way to do it."

They aren't complaining about features or such. They are complaining about being left in the dark. This county is willing to spend more than $200,000 to get away from Manatron because of their inability or unwillingness to support a package already installed. That's a good number because it is the same that counties in MN are willing to spend to also not use Manatron software.

I estimate the counties that are leaving down payments on the table but refusing to deploy the software or counties that are switching solely due lack of support that are already installed clients

to be far exceeding $1,000,000.

If this isn't due to lack of staffing which you allege that I allege, then maybe it's more sinister. Maybe it's plain old fashioned fraud. If it isn't fraud then it is some type of negligence.

Greg Kudasz