**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:10CV106-RLV-DSC**

| | | |
|---|---|---|
| **GREGORY J. KUDASZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **MANATRON, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

     This matter is before the Court upon "Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss Plaintiff's Complaint" (document #25) filed on June 24, 2010. For good cause shown, the Motion is **GRANTED**. Accordingly, the Plaintiff shall have up to and including **JULY 12, 2010** in which to submit his Response to Defendant's Motion to Dismiss.

     **SO ORDERED.**

Signed: June 24, 2010

David S. Cayer
United States Magistrate Judge