## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:10CV106-RLV-DSC

| | |
|---|---|
| **GREGORY J. KUDASZ,** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) **ORDER STAYING PROCEEDINGS** |
| **MANATRON, INC., et al.,** | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court upon the parties' "Joint Consent Motion to Stay Proceedings" (document #33) filed August 19, 2010. After conferring with the chambers of the Honorable Richard L. Voorhees, the District Judge to whom this matter is assigned, the Court will grant the Motion.

**IT IS HEREBY ORDERED** that:

1. The "Joint Consent Motion to Stay Proceedings" (document #33) is **GRANTED** and this matter is **STAYED** ninety days pending mediation between the parties.

2. Within fourteen days of the conclusion of the mediated settlement conference, counsel for the parties shall report the result of the mediation to the Court.

3. The Clerk is directed to send copies of this Order Staying Proceedings to counsel for the parties; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.                    Signed: August 20, 2010

_____
David S. Cayer
United States Magistrate Judge