**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:10CV106-RLV-DSC**

| | |
|---|---|
| GREGORY J. KUDASZ,   )<br>              )<br>       Plaintiff,   )<br>              )<br>vs.           )<br>              )<br>MANATRON INC., GREGORY  )<br>A. EFFREIN, DOES 1-30,   )<br>INCLUSIVE,         )<br>              )<br>       Defendants.   )<br>_____) | **ORDER TO LIFT STAY** |

**UPON CONSIDERATION** of the Joint Consent Motion to Lift the Stay Order entered herein on August 20, 2010 (#34) filed by the parties in the above-captioned matter, and for good cause shown, it is hereby

**ORDERED** that the Joint Consent Motion to Lift the Stay of Proceedings is **GRANTED**.

**SO ORDERED**.                    Signed: October 28, 2010

_____
David S. Cayer
United States Magistrate Judge