**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:10cv106**

| | | |
|---|---|---|
| **GREGORY J. KUDASZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **MANATRON, INC. et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

This matter is before the court on plaintiff's motion to dismiss defendant Manatron's counterclaim (#20), on a motion to dismiss by defendants Manatron, Inc. and Gregory A. Effrein (#21), and on a motion by plaintiff to strike defendants' motion to dismiss (#29). The motions are ripe for disposition. The parties are advised that the motions will be placed on the next motions calendar.

## ORDER

**IT IS, THEREFORE, ORDERED** that the above-stated motions are **CALENDARED** for hearing, and the Clerk of this Court is respectfully instructed to calendar this matter for hearing during the August 17, 2011, civil motions day.

Signed: June 27, 2011

Max O. Cogburn Jr.
United States District Judge